# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 99-50975
Summary Calendar

SANDRA E. MILES,

Plaintiff-Appellant,

versus

TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Texas
(EP-98-CV-377-H)

February 25, 2000

Before POLITZ, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Sandra E. Miles appeals an adverse summary judgment in her employment discrimination and retaliation claims against the Texas Department of Protective and Regulatory Services. Our review of the record, briefs, and controlling precedents reveals no error. Accordingly, on the facts as detailed, authorities cited, and analysis made by the district court in its Order Granting Defendant's Motion for Summary Judgment, which was signed, entered, and filed on September 13, 1999, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.